# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **DARNELL COBB,** <br><br> **Defendant.** | CR-15-39-GF-BMM <br><br><br> ORDER |

After a Revocation Hearing held on April 18, 2018 and upon the Government's motion to dismiss the petition in open court, Doc. 37, IT IS HEREBY ORDERED that the petition is DISMISSED.

DATED this 26th day of April, 2018.

_____
Brian Morris
United States District Court Judge